THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
MATTHEW T. TRUMPBOUR, Appellant.

(Argued October 5, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made June 1, 1892,
which reversed a judgment in favor of defendant entered
upon an order sustaining a demurrer to the indictment herein.

*David M. De Witt* for appellant.

*Augustus Schoonmaker* and *J. N. Vanderlyn* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____

ANNA M. ARNOLD, Appellant, v. NORFOLK AND NEW BRUNS-
WICK HOSIERY COMPANY, Respondent.

(Argued October 3, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made August 18,
1892, which affirmed on certain conditions an order of Special
Term vacating a judgment against the defendant and permit-
ting it to serve an answer.

*Frank E. Blackwell* for appellant.

*Walter D. Edmonds* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____